No. 99–6859.  SIMPSON v. YUKINS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 99–6861.  WILEY v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–6867.  BROOKS v. TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 99–6870.  ARROYO v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 99–6872.  ADAMS v. PRESLEY, CLERK, DISTRICT COURT OF OKLAHOMA COUNTY, ET AL.  Ct. Crim. App. Okla.  Certiorari denied.

No. 99–6873.  ANDERSON v. DORMIRE, SUPERINTENDENT, JEFFERSON CITY CORRECTIONAL CENTER, ET AL.  C. A. 8th Cir. Certiorari denied.

No. 99–6875.  PONCE v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 99–6883.  JOHNSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.  Certiorari denied.

No. 99–6885.  PAGANO v. MASSACHUSETTS.  App. Ct. Mass. Certiorari denied.

No. 99–6888.  PATTERSON v. RIVERS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 99–6890.  ALVERSON v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 99–6892.  LEWIS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 99–6894.  IRVIN v. BORG ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 99–6895.  MINIGAN v. IRVIN, SUPERINTENDENT, WENDE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.